**VAN–006** Order Appointing Interim Trustee and Approving Standing Bond – Rev. 09/03/2010

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441

IN RE:
Glenn Earl McGee
PO Box 325
Macon, NC 27551

CASE NO.: 10–07183–8–JRL

DATE FILED: September 3, 2010

CHAPTER: 7

## ORDER APPOINTING INTERIM TRUSTEE AND APPROVING STANDING BOND

IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT:

The following interim trustee is hereby appointed, and the trustee's standing bond is fixed under the blanket bond heretofore approved.

Gregory B Crampton
Nicholls & Crampton, P.A.
PO Box 18237
Raleigh, NC 27619

DATED: September 7, 2010

J. Rich Leonard
United States Bankruptcy Judge