## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

In Re:

**Glenn Earl Mcgee**

Social Security No.: xxx-xx-6243
Address: Po Box 325, Macon, NC 27551-

Case No. 10-07183-8-JRL
Chapter 7

Male only filing

## MOTION TO CONVERT
## FROM CHAPTER 7 TO 13

NOW COMES THE DEBTOR, by his attorney undersigned, who shows unto the Court as follows:

That a voluntary petition for relief under Chapter 7 of Title 11 of the Untied States Code was filed on 12/10/10.

This motion by the Debtor is brought pursuant to 11 U.S.C. 706(a), and in accordance with Bankruptcy Rules 1017(d) and 9013 to effect the conversion from Chapter 7 to Chapter 13.

This case has not been previously been converted under sections 11 U.S.C. 1112, 1208 or 1307.

WHEREFORE, the Debtor requests the Court to convert this case to Chapter 13, and grant such other and further relief as the Court may deem proper.

Dated: December 8, 2010

LAW OFFICES OF JOHN T. ORCUTT, P.C.

/s Koury Hicks

Koury Hicks
6616 Six Forks Rd., Suite 203
Raleigh, N.C. 27615
(919) 847-9750

## CERTIFICATE OF SERVICE

I, Koury L. Hicks, of the Law Offices of John T. Orcutt, P.C., certify, under penalty of perjury, that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age, and that on December 8, 2010, I served copies of the foregoing Motion To Convert, by automatic electronic noticing, upon the following parties:

Gregory B. Crampton, Chapter 7 Trustee,

and

Marjorie K. Lynch
Bankruptcy Administrator

and, by regular United States mail, upon the following parties:

**Debtor:**
Glenn Earl Mcgee
Po Box 325
Macon, NC 27551-


/s Koury L. Hicks

Koury L. Hicks