VAN–107 Deficiency Notice – Rev. 11/10/2010

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441

CASE NO.: 10–07183–8–JRL

IN RE:

DATE FILED: September 3, 2010

CHAPTER: 7

Glenn Earl McGee
( **known aliases**: *Gleen Earl McGee* )
PO Box 325
Macon, NC 27551

Debtor represented by:
John T. Orcutt
Offices of John T. Orcutt, P.C.
6616–203 Six Forks Rd.
Raleigh, NC 27615

Trustee:
Gregory B Crampton
Nicholls & Crampton, P.A.
PO Box 18237
Raleigh, NC 27619

## DEFICIENCY NOTICE

To: John Orcutt

Re: Motion To Convert Case To Chapter 13 filed by John T. Orcutt on behalf of Glenn Earl McGee

The referenced document has been filed; however, it is deficient as noted below. Failure to correct the deficiencies by **December 20, 2010** may result in the court assuming you no longer desire the relief requested and entering an order denying or dismissing the requested relief, or in the matter being forwarded to the judge for appropriate action.

The motion was not served on all creditors as required by Rule 2002 (a) of the Federal Rules of Bankruptcy Procedure. Upon completion of proper service, a certificate of service should immediately be filed with the court.

The notice of motion required by Local Bankruptcy Rule 9014–1(a), EDNC, was omitted.

DATED: December 9, 2010

Samantha Lyles
Deputy Clerk