**VAN–064** Order To Show Cause– Rev. 09/03/2010

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441

IN RE:
Glenn Earl McGee
  ( **known aliases**: *Gleen Earl McGee* )
PO Box 325
Macon, NC 27551

CASE NO.: 10–07183–8–JRL

DATE FILED: September 3, 2010

CHAPTER: 13

ORDER TO SHOW CAUSE

IT IS ORDERED that Glenn Earl McGee appear at the time and place indicated below to show cause, if any there be, as to why this case should not be dismissed or other sanctions imposed for failure to:

File Chapter 13 Plan

DATE:    Wednesday, March 2, 2011
TIME:    10:00 AM
PLACE:   300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27602

DATED: February 16, 2011

                    J. Rich Leonard
                    United States Bankruptcy Judge